IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SEARS AUTHORIZED INDEPENDENT AUTO CENTERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TROY AUTO WORLD, INC., MEALEY INVESTMENT CO., INC., and RICHARD A. MEALEY<br><br>Defendants. | Case No.: 1:11-cv-7250<br><br>Hon. Virginia M. Kendall |

## JOINT MOTION FOR ENTRY OF STIPULATED JUDGMENT AGAINST DEFENDANTS

Plaintiff Sears Authorized Independent Auto Centers LLC ("Sears") and defendants Troy Auto World, Inc., Mealey Investment Company, Inc., and Richard A. Mealey (collectively "defendants") hereby jointly move for entry of the Stipulated Judgment Against Defendants attached hereto as Exhibit 1. In support thereof, the parties state the following:

1. On October 13, 2011, Sears filed its Complaint for Injunctive Relief and Damages. In it, Sears asserted claims for breach of the parties' franchise agreement and of certain defendants' guaranty, and seeking damages and specific performance. [Dkt. 1].

2. Since the filing of Sears' Complaint, the parties negotiated a resolution of the dispute. Under that agreement, the parties agreed that the Court should enter a Stipulated Judgment Against Defendants in the form attached hereto as Exhibit 1.

1

WHEREFORE, the parties hereby jointly move for entry of a Stipulated Judgment Against Defendants in the proposed form attached hereto as Exhibit 1.

Respectfully agreed to and submitted this 13 of March, 2012

On behalf of Sears:

_____
Fredric A. Cohen (IL #6198608)
Scott C. Walton (IL #6281534)
CHENG COHEN LLC
311 N. Aberdeen St., Suite 400
Chicago, IL 60607
(312) 243-1701
fredric.cohen@chengcohen.com
scott.walton@chengcohen.com

On behalf of Troy Auto World, Inc.

_____

_____RICHARD A. MEALEY_____
Print Name

_____PRESIDENT_____
Title

On behalf of Mealey Investments, Inc.

_____

_____RICHARD A. MEALEY_____
Print Name

_____PRESIDENT_____
Title

On behalf of Richard A. Mealey

_____
Richard A. Mealey

2